UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FLORENCE GENTILE, SCOTT NORRIS,
and MARISSA GENTILE,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

    v.

NCSPLUS INCORPORATED,
SUSAN HOLZMAN, and
ROBERT TIMMERMAN, JR.,

      Defendants.
-----------------------------------------------------------X

Index No. 1:23-cv-05358-JLR

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course on **reviewed online 8/2/2023**

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   √ a computer with internet access and a word processor

   type of computer I will be using: **Mac Air**

   type of word processor I will be using: **Pages**

   √ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

   √ a scanner to convert documents that are only in paper format into electronic files **Epson ES-200**

   √ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

   version of PDF reader and writer that I will be using: **Acrobat Pro**

   √ a printer or copier to create required paper copies such as chambers copies. **HP OfficeJet Pro 7740**

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

Dated:   San Diego, California
         August 4, 2023

Susan T. Holzman
4007 Porte De Palmas, Unit 65
San Diego, California, 92122
(619) 742-4447
holzman.susan@gmail.com

The request for Defendant Susan Holzman to participate in electronic case filing in this case is **GRANTED**. The Clerk of Court is respectfully directed to enable electronic case filing as set forth herein.

Dated: August 8, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

2