UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE GENTILE, et al.,

                Plaintiffs,

-against-

NCSPLUS INCORPORATED, et al.,

                Defendants.

1:23-cv-05358 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS a mediation conference is scheduled for October 16, 2023 at 10:00 a.m. *See* ECF Entry dated September 14, 2023.

    IT IS HEREBY ORDERED that the initial pretrial conference scheduled for October 5, 2023 and the pre-conference submission deadlines are adjourned without date.

    IT IS FURTHER ORDERED that the parties shall submit a joint status letter within **one week** of their mediation conference.

Dated: September 15, 2023
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge