UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE GENTILE<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>NCSPLUS INCORPORATED<br><br>　　　　　　　Defendant(s). | 23 -CV- 5358 (JLR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated January 4, 2024 (ECF 44), Judge Jennifer L. Rochon referred this case to Magistrate Judge Jennifer E. Willis for settlement and general pretrial. On December 5, 2023, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Thursday, January 18, 2024, at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

　　If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **Wednesday, January 10, 2024**, if January 19 is preferred over January 18.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Thursday, January 11, 2024, at 5:00 p.m**.

DATED:　January 8, 2024
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge