UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE GENTILE,

                Plaintiff,

-against-

NCSPLUS INCORPORATED, et al

                Defendants.

1:23-cv-05358 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        The Court received an ex parte communication from Defendants Robert Timmerman and Susan Holzman, attached as Exhibit A. The request by pro se Defendants for an extension of time until Friday, 12 January, 2024 at 8:00 pm to submit their confidential settlement materials is GRANTED. Defendants are reminded that counsel for Plaintiff should be copied on all communications other than substantive settlement materials.

DATED:     New York, New York
                 January 11, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge