UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Florence Gentile, et al., | |
|---|---|
| Plaintiffs, | 23-CV-05358 (JLR)(RFT) |
| -against- | |
| NCSPlus Incorp., et al., | **ORDER** |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 18, 2024, Plaintiffs' counsel filed a declaration in opposition Individual Defendants' Motion for Summary Judgment, attaching thereto a variety of exhibits (*see* ECF 65), including an excerpt from Defendant NCPlus Incorporated's ("NCPlus") production (*see* ECF 65-10). On March 20, 2024, per an email request from Plaintiffs' counsel, the Clerk of Court sealed ECF 65-10, the excerpt from NCPlus's production. On March 21, 2024, Plaintiffs filed a letter motion seeking leave to file under seal the excerpt from Defendant NCPlus's production and alternatively seeking vacatur of all confidential markings on documents in NCSPlus's production arguing that the classifications were improper. (*See* ECF 68.) Plaintiffs re-filed redacted versions of confidential documents on the docket. (*See* ECF 70.) NCPlus filed a letter reply in response to Plaintiffs' letter motion. (*See* ECF 71.)

By Order of Reference dated January 4, 2024 (ECF 44), Judge Jennifer L. Rochon referred this case to Magistrate Judge Jennifer E. Willis for settlement and general pretrial supervision. On January 5, 2024, this case was reassigned to me. Accordingly, Plaintiffs' letter motion falls within the scope of that referral.

I have reviewed Plaintiff's letter motion, proposed redactions and NCPlus's response (ECF Nos. 68-71), Plaintiffs' application is GRANTED in part and DENIED in part. Plaintiffs'

application to file under seal ECF 65-10, the excerpt from NCPlus's production, is GRANTED.

Plaintiffs' remaining requests are DENIED as moot.

ECF Nos. 65-10 and 69 shall remain under seal. The Clerk of Court is directed to terminate ECF 68.

DATED:  March 28, 2024
New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge