UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Florence Gentile, et al.,

                Plaintiffs,

-against-

NCSPlus Incorp., et al.,

                Defendants.

23-CV- 05358 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a Telephone Conference on **May 31, 2024, at 2:30 PM**. Plaintiffs should be prepared to discuss the status of discovery and whether a settlement conference would be productive at this time. Counsel are directed to join the conference at the scheduled time.  **Please dial (646) 453-4442, Access Code: 791 116 782#.**

    If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: May 24, 2024
       New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge