UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE GENTILE, SCOTT NORRIS, and MARISSA GENTILE, individually and on behalf of all others similarly situated,

                  Plaintiffs,

-against-

NCPLUS INCORPORATED, SUSAN HOLZMAN, and ROBERT TIMMERMAN, JR.,

                  Defendants.

Case No. 1:23-cv-5358-JLR

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, with the consent of Defendants Susan Holzman and Robert Timmerman, Jr. (a/k/a Robert S. Timmerman), hereby discontinue the within action against the aforementioned Defendants **only**, with prejudice, and without costs to any party, and this notice may be filed with the Clerk of the Court without further notice.

Dated: July 3, 2024
       New York, New York

This action is dismissed with prejudice as against Susan Holzman and Robert Timmerman, Jr. The Clerk of Court is respectfully directed to terminate Susan Holzman and Robert Timmerman, Jr. from the docket.

Dated: July 8, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**CAPELL BARNETT MATALON & SCHOENFELD LLP**

By: _____
Michelangelo Macchiarella
14 Penn Plaza, Suite 814
New York, New York 10122
(212) 661-1144 Ext. 344
Mmacchiarella@cbmslaw.com
*Attorneys for Plaintiffs*

**CATAFAGO FINI LLP**

By: _____
Tom M. Fini
One Grand Central Place, 47th Floor
New York, New York 10165
(212) 239-9669
tom@catafagofini.com
*Attorneys for Defendants Susan Holzman and Robert Timmerman, Jr., a/k/a Robert S. Timmerman*