UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE GENTILE,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>NCSPLUS INCORPORATED,<br><br>　　　　　　Defendants. | 23-CV-05358 (JLR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The deadline to complete discovery is extended until October 31, 2024; Defendants' counsel's transition to a new firm constitutes the requisite good cause. No further extensions of the discovery deadline will be granted absent extraordinarily good cause. Defendants shall make the CEO of NCSPlus available for deposition. Defendants shall produce the requested financial information of NCSPlus. Unless Defendants' representatives demonstrate under oath that there is no corporate relationship with the Atlanta entity that Plaintiffs allege to be an alter ego of NCSPlus, Defendants shall produce the requested financial information of that Atlanta entity.

DATED:  September 10, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge