**Capell Barnett Matalon & Schoenfeld** LLP
ATTORNEYS AT LAW

14 Penn Plaza, Suite 814
New York, New York 10122
Phone: (212) 661-1144
Fax: (646) 589-0098

October 1, 2024

> Application granted. The Clerk of Court is respectfully requested to terminate ECF 106.
>
> Date: 10/01/2024
> New York, NY
>
> SO ORDERED
>
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
United States District Court
Southern District of New York
Honorable Robyn F. Tarnofsky
500 Pearl St., Room 703
New York, NY 10007

**Re:**  Letter-Motion to Seal Per the Court's Prior Sealing Orders (ECF 73 & 96)
<u>*Gentile v. NCSPlus Incorporated, et al.*</u> (1:23-cv-05358-JLR-RFT)

Dear Judge Tarnofsky,

I write on behalf of Plaintiffs seeking to retain the sealing on a document filed by Plaintiffs in support of their motion for fees, dated October 1, 2024, marked as "confidential" by Defendant NCSPlus, Inc. (placeholder document found at Exhibit A to that letter-motion for fees).

This application to seal is being made based on the Court's prior orders that sealed a portion of NCSPlus's prior production (ECF 73 & 96). Therefore, Plaintiffs make another application to seal the new exhibit in conformity with the prior sealing orders.

I thank the Court and Your Honor for your consideration.

Respectfully submitted,

Michelangelo Macchiarella (MM 5653688)