UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE GENTILE, SCOTT NORRIS, and MARISSA GENTILE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> -against-<br><br>NCPLUS INCORPORATED, SUSAN HOLZMAN, and ROBERT TIMMERMAN, JR.,<br><br>        Defendants. | Case No. 1:23-cv-5358-JLR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**PLEASE TAKE NOTICE** that pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, with the consent of the sole remaining Defendant NCSPlus, Incorporated, which parties are the sole remaining parties to the action, hereby discontinue the within action in its entirety, with prejudice, and without costs to any party, and this notice may be filed with the Clerk of the Court without further notice.

Dated: November 22, 2024
    New York, New York

_____
Michelangelo Macchiarella, Esq.
*Attorneys for Plaintiffs*
14 Penn Plaza, Ste. 814
New York, New York 10122
(212) 661-1144x344
MMacchiarella@cbmslaw.com

_____
Matthew K. Flanagan, Esq.
MARSHALL DENNEHEY, P.C.
*Attorneys for Defendants*
*NCSPlus Incorporated*
175 Pinelawn Road, Suite 250
Melville, New York 11747
(631) 232-6130
File No. 04953.00459
mkflanagan@mdwcg.com